UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC. ) | Case No.: 09cv2493 AJB (CAB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO |
| ) | DISMISS |
| NORTHROP GRUMMAN CORP. and ) | |
| NORTHROP GRUMMAN SPACE & ) | (Doc. No. 44) |
| MISSION SYSTEMS CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed with prejudice, except insofar as a magistrate judge may retain jurisdiction over the settlement.

   IT IS SO ORDERED.


DATED: May 19, 2011

_____
Hon. Anthony J. Battaglia
U.S. District Judge